United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 24, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-51424
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN MICHAEL FLORES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:06-CR-155-ALL
--------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

Martin Michael Flores has appealed the sentence imposed following revocation of his term of supervised release. Flores argues that his 24-month sentence is unreasonable because it is above the advisory guideline range and the sentencing factors cited by the district court are taken into account by the Sentencing Guidelines.

The district court properly considered the 18 U.S.C. § 3553(a) factors when imposing Flores's sentence. See United States v. Gonzalez, 250 F.3d 923, 930 (5th Cir. 2001). The

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sentence is neither unreasonable nor plainly unreasonable.

See United States v. Hinson, 429 F.3d 114, 120 (5th Cir. 2005),

cert. denied, 126 S. Ct. 1804 (2006).

AFFIRMED.